FILED
2025 Mar-21 PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/ASK: March 2025
BHM GJ# 43

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No: |
| | ) |
| **PAMELA DARLENE HORTON** | ) |

### INDICTMENT

### COUNT ONE
*Possession with the Intent to Distribute Methamphetamine*
**[21 U.S.C. § 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

On or about the 6th day of October 2022, in Marshall County, within the Northern District of Alabama, the defendant,

**PAMELA DARLENE HORTON,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, such offense involving fifty (50) grams or more of methamphetamine, a controlled substance, in violation of Title 21 United States Code, Section 841(a)(1) and (b)(1)(A).

A TRUE BILL

*/s/Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*
ALAN S. KIRK
Assistant United States Attorney